

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
BRIAN COKE NG
**Defendant / Respondent:**
SEDGWICK GLOBAL INC ET AL

**AFFIDAVIT OF SERVICE**
Index No:
1:23-cv-10380

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>1718 Chruch st, Nashville , TN 37203</u>. That on <u>Thu, Apr 04 2024 AT 09:55 AM</u> AT <u>2907 POSTON AVE, NASHVILLE, TN 37203</u> deponent served the within <u>AMENDED SUMMONS IN A CIVIL ACTION; AMENDED VERIFIED COMPLAINT</u> on <u>SEDGWICK CMS HOLDINGS, INC C/O CORPORATION SERVICE COMPANY</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** <u>SEDGWICK CMS HOLDINGS, INC C/O CORPORATION SERVICE COMPANY</u> a defendant, therein named, by delivering a true copy of each to <u>Cindy Maley</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>intake specialist</u> thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 60    Ethnicity: Caucasian    Gender: Female    Weight: 125
Height: 5'2"    Hair: Brown    Eyes:    Relationship: Intake Specialist
Other

I affirm this 08 day of APRIL, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Marcus Watson



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Brian Coke Ng )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-10380
)
Sedgwick Global, Inc.; )
Sedgwick, Inc.; )
Sedgwick, L.P.; )
Sedgwick CMS Holdings, Inc. )
*Defendant(s)* )

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sedgwick CMS Holdings, Inc.
8125 Sedgwick Way, Memphis, Tennessee 38125.
C/O Corporation Service Company
Registered Agent Address:
2908 Poston Ave
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Coke Ng
Church Street Station
P.O. Box 2723
New York, N.Y. 10008
Tel: 646-820-9238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  02/26/2024                                      *Signature of Clerk or Deputy Clerk*