```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

                Plaintiff,

-against-

SEDGWICK CMS HOLDINGS, INC., SEDGWICK GLOBAL INC., SEDGWICK, INC., and SEDGWICK, L.P.,

                Defendants.

1: 23-cv-10380-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

A Conference has been scheduled in the related case *Ng v. Sedgwick Claims Management Services Inc., et al.*, No. 23-cv-2145, for May 22, 2024 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  The Court will treat this case and the related case in tandem for purposes of that Conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

Date:  April 22, 2024
         New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**