```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

        Plaintiff,

-against-

SEDGWICK CMS Holdings, INC., et al.,

        Defendants.

23-CV-10380 (MKV) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

This action has been referred to the undersigned magistrate judge for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). *See* Dkt. 30.

The Court has reviewed the pending letter-motion dated April 23, 2024. (Dkt. 21.) Plaintiff appears to be correct that no Rule 7.1 Statement has been filed in this action.

All corporate defendants in this action must file a Rule 7.1 statement no later than **August 13, 2024**. All relief not specifically granted herein is DENIED.

The Clerk of Court is respectfully directed to close the motion at Dkt. 21.

Dated: New York, New York
       August 6, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**