**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BRIAN COKE NG,

                             Plaintiff,

           -against-                                          23 **CIVIL** 10380 (MKV)

                                                                 <u>**JUDGMENT**</u>

SEDGWICK GLOBAL INC.; SEDGWICK, INC.;
SEDGWICK, L.P.; SEDGWICK CMS HOLDINGS,
INC.,

                             Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 21, 2025, Defendants' motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED. Because Plaintiff has now filed three separate lawsuits predicated on the same underlying factual allegations, Plaintiff failed to state a cognizable claim in the parallel case, and Plaintiff had the opportunity to amend the complaint in this case and has still failed to state a cognizable claim, Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        February 24, 2025

                                                **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**

                                 **BY:**          K. mango

                                            _____
                                            **Deputy Clerk**