RECEIVED
SDNY PRO SE OFFICE
2025 MAR 18 PM 3:07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG, Plaintiff
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:23-cv-10380 (MKV)(BCM)

-against-

**NOTICE OF APPEAL**

SEDGWICK GLOBAL, INC., SEDGWICK, INC., SEDGWICK, L.P., SEDGWICK CMS HOLDINGS, INC.
(List the full name(s) of the defendant(s)/respondent(s).) Defendants.

Notice is hereby given that the following parties: BRIAN COKE NG (Pro Se)

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment   ☐ order   entered on: February 24, 2025
(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

March 18, 2025
Dated

[Signature]
Signature

NG, BRIAN COKE
Name (Last, First, MI)

Church Street Station, P.O. Box 2723, New York, New York, 10008
Address       City        State        Zip Code

646-820-9238
Telephone Number

N/A (As a result of Cyberattack - virus/Malware issues)
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Civil Action: 1:23-cv-10380(MKV)(BCM)
--------------------------------------------------------x
BRIAN COKE NG                                **CERTIFICATE OF SERVICE**

      Plaintiffs,

 -against-

SEDGWICK GLOBAL, INC.;
SEDGWICK, INC.; SEDGWICK, L.P.;
SEDGWICK CMS HOLDINGS, INC.;

      Defendants.
--------------------------------------------------------x

I, Brian Coke Ng, (Plaintiff, Pro Se) hereby certify and declare under penalty of perjury that on March 18, 2025, a true copy of Plaintiff's Notice of Appeal dated March 18, 2025, have been submitted for filing by the pro se office electronically using the Court's Electronic Case Filing ("ECF") System, which sent a notice of filing activity to all attorneys of record. These documents are available for viewing and downloading from the Court's ECF System.

Dated: New York, N.Y.
   March 18, 2025

                       */s/ Brian Coke Ng*
                       Brian Coke Ng
                       Church Street Station
                       P.O. Box 2723
                       New York, N.Y. 10008
                       Tel/Fax: 646-820-9238

CIVIL CASE#: 1:23-CV-10380(MKV)(BCM)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. 10007

---

BRIAN COKE NG

Plaintiff,

-against-

SEDGWICK GLOBAL, INC.;
SEDGWICK, INC.; SEDGWICK, L.P.;
SEDGWICK CMS HOLDINGS, INC.;

Defendants.

---

# PLAINTIFF'S NOTICE OF APPEAL
## DATED MARCH 18, 2025

---

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
The presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)

---

**SELF REPRESENTED LITIGANT INFORMATION**
Dated March 18, 2025

Sign Name: _____

Print Name: BRIAN COKE NG

**Address:**
Church Street Station
P.O. Box 2723
New York, N.Y. 10008
Tel/Fax: 646-820-9238

Generated: Mar 18, 2025 3:13PM                                                                                                       Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Mar 18, 2025 3:13PM

BRIAN COKE NG

Rcpt. No: 38161            Trans. Date: Mar 18, 2025 3:13PM            Cashier ID: #SS (6367)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $605.00 |

Total Due Prior to Payment:  $605.00
Total Tendered:  $605.00
Total Cash Received:  $0.00
Cash Change Amount:  $0.00

**Comments**: 23CV10380 MKV BCM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.